**UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| R&S TOWER SERVICES, INC., | ) | |
| | ) | |
| Plaintiff/Counterclaim Defendant, | ) | |
| | ) | |
| vs. | ) | Case No. 4:24-cv-01388-JSD |
| | ) | |
| TRANSPORTATION REALTY, INC., | ) | |
| | ) | |
| Defendant/Counterclaim Plaintiff. | ) | |

**NOTICE OF SETTLEMENT**

COMES NOW Plaintiff/Counterclaim Defendant R&S Tower Services, Inc. ("Plaintiff/Counterclaim Defendant"), by and through its undersigned counsel, and hereby notifies the Court that the parties have reached a settlement in principle in this action and are finalizing the terms of a written settlement agreement.  Accordingly, the parties request that this matter be passed for settlement for thirty (30) days.

Respectfully submitted,

CARMODY MacDONALD P.C.

By:  */s/ Stephen G. Davis*
　　　S. Todd Hamby, #40367MO
　　　Stephen G. Davis, #63376MO
　　　Jarred W. Boyer, #73634MO
　　　120 South Central Avenue, Suite 1800
　　　St. Louis, Missouri 63105-1705
　　　(314) 854-8600 Telephone
　　　(314) 854-8660 Facsimile
　　　sth@carmodymacdonald.com
　　　sgd@carmodymacdonald.com
　　　jwb@carmodymacdonald.com

　　　*Attorneys for Plaintiff R&S Tower Services,*
　　　*Inc.*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on this 25th day of June, 2026, a true and accurate copy of the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all parties of record.

*/s/ Stephen G. Davis*